IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**UNITED STATES OF AMERICA**     **PLAINTIFF**

V.     CIVIL ACTION NO. 5:19-cv-18-DCB-MTP

**MARY WALKER**     **DEFENDANT**

## COMPLAINT

Plaintiff United States of America, by and through D. Michael Hurst, Jr., United States Attorney for the Southern District of Mississippi, and Assistant United States Attorney Kristi H. Johnson, hereby brings this civil action to recover all available damages and other monetary relief under the common law. The United States alleges the following:

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1345, and 1355.

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1395 because the acts alleged in this Complaint occurred in whole or in part in the Southern District of Mississippi.

### PARTIES

3. Plaintiff is the United States of America ("United States").

4. Defendant Mary Walker ("Walker") is a citizen and resident of Woodville, Mississippi.

## OVERVIEW OF ALLEGATIONS

5.      Through the Social Security Administration ("SSA"), the United States administers the Supplemental Security Income ("SSI") program (42 U.S.C. § 1381, *et seq.*), which is a needs-based program designed to provide supplemental income to eligible individuals.

6.      SSA considers the resources and income of the applicant's and/or recipient's household to determine SSI eligibility and benefit amounts.

7.      On August 22, 2005, Mary Walker applied for SSI benefits with SSA in Natchez, Mississippi. Walker represented to SSA that she resided alone at 12541 Hwy 24 West, Woodville, Mississippi. SSA subsequently approved Walker for SSI benefits effective August 22, 2005.

8.      On June 15, 2010, Walker underwent a redetermination of SSI benefits. In the redetermination, Walker again represented to SSA that she continued to reside alone at the same address. She underwent six (6) additional redeterminations in later years and provided the same information to SSA with respect to her living arrangements on the following dates: May 10, 2011; December 9, 2011; May 7, 2013; March 28, 2014; April 13, 2015; and August 18, 2016.

9.      On March 13, 2017, the Social Security Administration, Office of the Inspector General, subsequently determined that contrary to Walker's assertions that she resided alone in her application and in her redeterminations, she in fact did not reside alone. During the entire time Walker applied for and received SSI benefits, Walker resided with her husband, whose income was over the SSI limit.

10.     Had SSA known of Walker's actual living and financial arrangement, SSA would not have approved and continued Walker's SSI benefits. Consequently, between September 2005 and March 2017, Walker wrongfully received SSI benefit payments to which she was not

entitled in the sum of sixty-eight thousand, nine hundred thirty-three dollars and forty-four cents ($68,933.44).  *See* SSA Certification Letter dated August 6, 2018, and attached as Exhibit A.

### First Claim for Relief
### Payment by Mistake of Fact

11. The United States incorporates by reference and re-alleges herein the allegations set forth in paragraphs 1 to 10 above.

12. This is a claim for recovery of monies paid to Mary Walker under mistake of fact.

13. Walker repeatedly misrepresented to SSA that she lived alone.  Because of Walker's misrepresentations, SSA approved her application for SSI benefits.  That application resulted in Walker receiving sixty-eight thousand, nine hundred thirty-three dollars and forty-four cents ($68,933.44) in SSI benefits.

14. The Social Security Administration, Office of the Inspector General, subsequently determined that contrary to Walker's assertions that she resided alone in her application and in her redeterminations for benefits, she in fact did not reside alone.  She resided with her husband during the entire time she applied for and received SSI benefits.

15. Because of this mistake of fact, SSA paid monies to Walker to which she was not entitled.

16. By reason of the wrongfully-received payments described above, the United States is entitled to damages in an amount to be determined at trial.

### Second Claim Relief
### Unjust Enrichment

17. The United States incorporates by reference and re-alleges herein the allegations set forth in paragraphs 1 to 16 above.

18. Walker has been unjustly enriched to the detriment of the United States in the amount of sixty-eight thousand, nine hundred thirty-three dollars and forty-four cents ($68,933.44) in SSI benefits that the United States paid.

19. These are monies that Walker in good conscience should not be allowed to retain.

20. By reason of the wrongfully-received payments described above, the United States is entitled to damages in an amount to be determined at trial.

WHEREFORE, the United States prays for relief as follows:

a. On the First Claim for Relief (Payment by Mistake of Fact) and Second Claim for Relief (Unjust Enrichment), judgment against Mary Walker for the damages sustained by the United States in an amount to be determined at trial, plus pre-judgment interest and post-judgment interest, costs and other proper relief.

b. All other legal and equitable relief, including but not limited to restitution, constructive trust and an accounting, and disgorgement of profits which the Court finds to be just and proper.

Respectfully submitted this 26th day of February, 2019.

D. MICHAEL HURST, JR.
*United States Attorney*

By:    _/s/ Kristi H. Johnson_____
KRISTI H. JOHNSON, (MS Bar No. 102891)
*Assistant United States Attorney*
501 E. Court Street, Suite 4.430
Jackson, Mississippi 39201-0101
Phone: 601-973-2887
Fax: 601-965-4409
E-Mail: Kristi.Johnson2@usdoj.gov

# Social Security Administration
## Supplemental Security Income

SOCIAL SECURITY
110 LOWER WOODVILLE RD
NATCHEZ, MS 39120-9942
Date: August 07, 2018
BNC#: 18D1896B63578
LKA

MARY WALKER
12541 HWY 24 WEST
WOODVILLE, MS 39669-4124

Dear MARY WALKER

Total debt due to the United States as of 08/06/2018: $68,933.44.

I certify that the Social Security Administration records show that the debtor(s) shown above is/are indebted to the United States in the amount stated above.

The claim arose in connection with an overpayment of Supplemental Security Income (SSI) benefit payments.

Due to concealment of the fact Mary Walker was living in the household with spouse, Charles E. Walker, whose income was over the SSI limit, the debtor was ineligible for SSI benefits paid September 2005 through March 2017.

CERTIFICATION: Pursuant to 28 USC section 1746, I certify under penalty of perjury that the foregoing is true and correct.

If you have any questions, you should call, write, or visit any Social Security office. If you visit an office, please bring this letter. It will help us answer your questions.

*Social Security Administration*

EXHIBIT
A

JS 44 (Rev. 06/17)                 **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff    Hinds
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Kristi H. Johnson, Esq.
501 East Court Street, Jackson, MS 39201
601-973-2887

**DEFENDANTS**
MARY WALKER

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☒ 1   U.S. Government Plaintiff
- ☐ 2   U.S. Government Defendant
- ☐ 3   Federal Question *(U.S. Government Not a Party)*
- ☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*      Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**     **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane     ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability     ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander     Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability     ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle     **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability     ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury     ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |     ☐ 380 Other Personal Property Damage | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice     ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS**     **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights     **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting     ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment     ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations     ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment     ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other     **Other:**   ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| |     ☐ 550 Civil Rights | | | |
| | ☐ 448 Education     ☐ 555 Prison Condition | | | |
| |     ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1331, 1345, and 1355
Brief description of cause:
Payment by Mistake of Fact and Unjust Enrichment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 02/26/2019
SIGNATURE OF ATTORNEY OF RECORD: /s/ Kristi H. Johnson

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____